## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CHRISTY DAWN VARDEN, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:15-cv-34 |
| THE CITY OF CLANTON, | ) (Class Action) |
| Defendant. | ) |

## NOTICE OF RELEASE FROM CUSTODY

On January 15, 2015, the named Plaintiff in the above-captioned case, an arrestee in the custody of the City of Clanton, filed a civil rights action in this Court challenging the City of Clanton's post-arrest detention policies and practices. On January 16, 2015, the named Plaintiff, Christy Dawn Varden, was released by the City of Clanton from its custody on her own recognizance. As a result, the Plaintiff withdraws her request for an emergency expedited hearing for a Temporary Restraining Order seeking her release from custody.

Because the City of Clanton's ongoing policy and practice of detaining misdemeanor arrestees who cannot afford to pay the City's standard scheduled amounts of cash bail continues to affect Class member arrestees every day, the Plaintiff maintains her request that this Court hold a hearing on the Motion for Preliminary Injunction (Doc. 2) to enjoin the unconstitutional practices pending a final resolution of this case on the merits.

The Plaintiff therefore requests that this Court set a briefing schedule for the purpose of hearing the Plaintiff's Motion for a Preliminary Injunction or, in the alternative, set a hearing or telephone conference at which the parties can propose a briefing schedule and a date for the preliminary injunction hearing.

Respectfully submitted,

 /s/Matthew Swerdlin_____
Matthew Swerdlin (ASB-9090-M74S)
Matthew Swerdlin, Attorney at Law
1736 Oxmoor Road #101
Birmingham, AL 35209
(205)-793-3517
matt@attorneyswerdlin.com

 /s/ J. Mitch McGuire_____
J. Mitch McGuire (ASB-8317-S69M)
Managing Partner
McGuire & Associates, LLC
31 Clayton Street
Montgomery, AL 36104
(334)-517-1000
http://www.mandabusinesslaw.com

 /s/ William M. Dawson_____
William M. Dawson (ASB-DAW002)
Dawson Law Office
2229 Morris Avenue
Birmingham, Alabama 35203
205-307-7021

 /s/ Alec Karakatsanis_____
Alec Karakatsanis (D.C. Bar No. 999294)
Co-Founder
Equal Justice Under Law
916 G Street, NW Suite 701
Washington, DC 20001
(202)-681-2409
alec@equaljusticeunderlaw.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

       I certify that on, January 16, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that, on the same date, I served by electronic mail a copy of this filing on the attorney retained to represent the City in this matter:

Warren Kinney
Porter, Porter & Hassinger, P.C.
215 21st Street North #1000
Birmingham, AL 35203
205-322-1744
wkinney@pphlaw.net