IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTY DAWN VARDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv34-MHT |
| | ) | |
| THE CITY OF CLANTON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Pursuant to the notice of release from custody (doc. no. 9), it is ORDERED that the motion for temporary restraining order (doc. no. 2) is denied as moot.

DONE, this the 20th day of January, 2015.

                                       /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE