IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTY DAWN VARDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:15-cv-34-MHT |
| | ) | |
| THE CITY OF CLANTON, | ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT RE: MEDIATION**

COMES NOW Defendant, the City of Clanton, AL and files this Report with the Court pursuant to its Order issued during the telephone conference held on January 22, 2015. Despite the Court's generous offer to refer the case to mediation using the resources of the Court for the Middle District of Alabama and for the foregoing reasons, the City of Clanton does not feel that mediating this case at this early juncture would have a high likelihood of success, and, more likely than not, would lead to a waste of economic and judicial resources:

1. The undersigned attorney for the City of Clanton has spoken candidly with counsel for the Plaintiff, Christy D. Varden, regarding the nature of this case and whether it would be possible to reach a successful mediation.

2. For a varied number of reasons, not the least of which being the novel questions of law the Complaint and Motion for Preliminary Injunction seek to address, the Defendant does not find that mediation would have a high probability of success at this juncture.

3. The City would further state that it certainly does not categorically oppose mediation at a future date once more of the dispositive issues in the case have been fleshed out, but only that mediation at this time would not be warranted.

Respectfully submitted,

R. Warren Kinney
James W. Porter, II
Richard Warren Kinney

OF COUNSEL:
**Porter, Porter & Hassinger, P.C.**
P.O. Box 128
Birmingham, Alabama  35201-0128
(205) 322-1744
jwporterii@pphlaw.net
wkinney@pphlaw.net

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been ***electronically filed*** with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon the following on this the 26th day of January, 2015.


Alec Karakatsanis
alec@equaljusticeunderlaw.org

William M Dawson, Jr
billdawson94@hotmail.com

Joseph Mitchell McGuire
jmcguire@mandabusinesslaw.com

Matthew Swerdlin
matt@attorneyswerdlin.com

                                                R. Warren Kinney