# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHRISTY DAWN VARDEN et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 2:15-cv-34-MHT |
| THE CITY OF CLANTON, | ) (Class Action) |
| Defendant. | ) |

## OPPOSITION TO MOTION TO CONTINUE

The City of Clanton has admitted to the basic facts establishing that, until yesterday, it was operating a system of post-arrest detention that violates the United States Constitution. The City does not contest binding precedent holding that a live case or controversy exists between unnamed class members and the City, *see* Doc. 38 at 2-3, and the City does not contest the overwhelming authority cited in the Plaintiffs' Motion that this Court has the power to issue a preliminary injunction prior to certifying a class action in order to protect unnamed class members from irreparable harm, *see* Doc. 2 at 21 n.24; Doc. 34 at 1 n.1.

None of the cases cited by the City confront this authority or address the *Gerstein* mootness exception into which this case falls. Similarly, none of the cases cited by the City addresses the precedent holding that class certification relates back to the filing of the Complaint in such cases. Doc. 38 at 2-3.

The Plaintiffs do not have an objection to postponing issues of class certification given that the tragic death of Ms. Varden will require the substitution of parties. However, nothing in the City's Motion to Continue suggests that the Court need ignore or allow pervasive

constitutional violations perpetrated against unnamed members of the putative class pending a hearing on formal certification.

The City's supplemental filing only strengthens this point. The City's municipal court has now, as of yesterday, apparently attempted to implement largely the same relief sought by the Plaintiffs in their preliminary injunction Motion. *See* Doc. 40-1. The City should have no objection to this Court entering an order requiring City officials, employees, and agents to follow the new policy and to not keep any person in jail on a secured money bond after arrest pending a final resolution of this case on the merits. That will ensure that the City's agents begin to comply with the Constitution and that the City does not revert back to its illegal ways.[1]

Because the City lacks any authority or basis for opposing the preliminary injunctive relief, the preliminary injunction hearing should go forward on March 13, and the Court should issue preliminary injunctive relief—the substance of which the City no longer opposes—as soon practicable. As the City suggests, further issues, such as substitution of parties and formal class certification, can be set for a later date.

Respectfully submitted,

 /s/ Alec Karakatsanis
Alec Karakatsanis (D.C. Bar No. 999294)
(Admitted *Pro Hac Vice*)
Co-Founder
Equal Justice Under Law
916 G Street, NW Suite 701
Washington, DC 20001
(202)-681-2409
alec@equaljusticeunderlaw.org

---

[1] As noted in the contemporaneously filed Motion for Expedited Discovery, the City's lawyers have directed City police officers not to continue giving the names of new arrestees to pro bono lawyers so as to obstruct counsel from locating new class members. This is further reason to ensure through preliminary injunctive relief that the City cannot manipulate the situation to revert back to its old ways prior to the substitution of parties.

2

   */s/ J. Mitch McGuire*
J. Mitch McGuire (ASB-8317-S69M)
Managing Partner
McGuire & Associates, LLC
31 Clayton Street
Montgomery, AL 36104
(334)-517-1000
jmcguire@mandabusinesslaw.com

   */s/Matthew Swerdlin*
Matthew Swerdlin (ASB-9090-M74S)
Matthew Swerdlin, Attorney at Law
1736 Oxmoor Road #101
Birmingham, AL 35209
(205)-793-3517
matt@attorneyswerdlin.com

   */s/ William M. Dawson*
William M. Dawson (ASB-3976-S80W)
Dawson Law Office
2229 Morris Avenue
Birmingham, Alabama 35203
205-307-7021

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I certify that a copy of this document has, on March 10, 2015, been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing upon counsel for the Defendant in this matter:

James W. Porter II
R. Warren Kinney

Porter, Porter & Hassinger, P.C.
P.O. Box 128
Birmingham, Alabama 35201-0128
(205) 322-1744
jwporterii@pphlaw.net, wkinney@pphlaw.net

Shannon L. Holliday (ASB-5440-y77s)
Lee H. Copeland (ASB-3461-o72l)

Copeland, Franco, Screws & Gill, P.A.
444 S. Perry Street (36104)
Post Office Box 347
Montgomery, AL 36101-0347
T: 334/834-1180 F: 334/834-3172
Email: holliday@copelandfranco.com
Email: copeland@copelandfranco.com

Counsel for Defendant – City of Clanton

                                                        */s/ Alec Karakatsanis*
                                                        Alec Karakatsanis

                                                        Attorney for the Plaintiffs