IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTY DAWN VARDEN, | ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:15cv34-MHT |
| THE CITY OF CLANTON, | ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion to substitute plaintiff (doc. no. 49) is granted, and the plaintiff is given leave to file an amended complaint substituting the new plaintiff within seven days of this order.

The court assumes the defendant has no objection to the motion; however, if it has an objection, the defendant may file a brief explaining its objection within seven days of this order.

DONE, this the 1st day of April, 2015.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE