IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

PEGGY JONES, as              )
Administrator of the         )
Estate and Personal          )
Representative of Christy     )
Dawn Varden, et al.,         )
                             )
       Plaintiff,            )
                             )      CIVIL ACTION NO.
       v.                    )        2:15cv34-MHT
                             )           (WO)
THE CITY OF CLANTON,         )
                             )
       Defendant.            )

ORDER

As the original complaint has been superseded by an
amended complaint, it is ORDERED that the motion to
dismiss (doc. no. 36) is denied with leave to renew
within 21 days of the date of this order.

DONE, this the 8th day of April, 2015.

                    ___/s/  Myron  H.  Thompson___
                    UNITED STATES DISTRICT JUDGE