IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PEGGY JONES, as              )
Administrator of the         )
Estate and Personal          )
Representative of Christy    )
Dawn Varden,                 )
                             )
     Plaintiff,              )
                             )   CIVIL ACTION NO.
     v.                      )      2:15cv34-MHT
                             )
THE CITY OF CLANTON,         )
                             )
     Defendant.              )
```

ORDER

The court having been informed on the record on May 13, 2015 that the parties have settled all issues except attorney's fees, it is ORDERED as follows:

(1) All pending motions are denied without prejudice.

(2) All deadlines are suspended and all hearings are cancelled.

(3) An on-the-record status conference is set for June 3, 2015, at 10:00 a.m.  Counsel for the

parties are to arrange for the conference to be conducted by telephone.

DONE, this the 14th day of May, 2015.

                                                   /s/ Myron H. Thompson  
                                               **UNITED STATES DISTRICT JUDGE**